IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
|    Kebay Jean-Louis : | Case No 25-11943-pmm |
| Debtor : | |
| : | |

O R D E R

AND NOW, this 12th day of June, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before June 23. 2025. **No further extensions will be granted**.

*Patricia M. Mayer*

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE